# EXHIBIT A

| STATE OF MICHIGAN<br>14A JUDICIAL DISTRICT | AFFIDAVIT AND CLAIM<br>Small Claims | CASE NO. and JUDGE<br>221 C 0182 |
|---|---|---|

Court address: 4133 Washtenaw Road, PO Box 8645, Ann Arbor, MI 48107

Court telephone no.: (734)973-4545

See additional notice and instructions on page 3.

1. Jennifer Bauer
Plaintiff
8192 MCFADDEN
Address
Northville, MI 48168 — (586) 229-0194
City, state, zip — Telephone no.

2. Allsup, LLC
Defendant
300 Allsup Pl
Address
BELLEVILLE, IL 62223 — (800) 854-1418
City, state, zip — Telephone no.

**NOTICE OF HEARING**
**For Court Use Only**

The plaintiff and the defendant must be in court on

Day ___ at ___ Time ___ ☐ Loca ___ ɔove.

**MEDIATION ORDERED**
TO BE COMPLETED WITHIN 30 DAYS OF SERVICE.
**PLEASE READ ENCLOSED INSTRUCTIONS**

Process server's name ___ Fee paid: $ ___

☐ 3. A civil action between these parties or other parties arising out of the transaction or occurrence alleged in this complaint has been previously filed in ☐ this court ☐ ___ Court.
It was given case number ___ and assigned to Judge ___.
The action ☐ remains ☐ is no longer pending.

4. I have knowledge or belief about all the facts stated in this affidavit and I am
☒ the plaintiff or his/her guardian, conservator, or next friend. ☐ a partner. ☐ a full-time employee of the plaintiff.

5. The plaintiff is ☒ an individual. ☐ a partnership. ☐ a corporation. ☐ a sole proprietor. ☐ ___.

6. The defendant is ☐ an individual. ☐ a partnership. ☒ a corporation. ☐ a sole proprietor. ☐ ___.

7. The date(s) the claim arose is/are See "7. Date(s) Claim Arose" in Addendum.
Attach separate sheets if necessary

8. Amount of money claimed is $ 6,500.00. (Note: Plaintiff's costs are determined by the court and awarded as appropriate. They are not part of the amount claimed.)

9. The reasons for the claim are: See "9. Reasons for Claim" in Addendum

RECEIVED
JAN 26 2022
14A-1 DISTRICT COURT
ANN ARBOR, MI

10. The plaintiff understands and accepts that the claim is limited to $6,500 by law and that the plaintiff gives up the rights to (a) recover more than this limit, (b) an attorney, (c) a jury trial, and (d) appeal the judge's decision.



Distribute form to:
Court (with instructions)
Defendant (with instructions)
Plaintiff (with instructions)
Return (with proof of service)

11. I believe the defendant ☒ is ☒ is not mentally competent. I believe the defendant ☒ is ☐ is not 18 years or older.

12. ☐ I do not know whether the defendant is in the military service. ☒ The defendant is not in the military service.
☐ The defendant is in the military service.

______________
Signature

Subscribed and sworn to before me on ______________.
Date

______________
Deputy clerk/Notary public signature

My commission expires on ______________.

______________
Name (type or print)

Notary public, State of Michigan, County of ______________. ☐ Acting in the County of ______________.
☐ This notarial act was performed using an electronic notarization system or a remote electronic notarization platform.

**The defendant(s) must be served by** 4/27/22.
Expiration date

RECEIVED
JAN 26 2022
14A-1 DISTRICT COURT
ANN ARBOR, MI

# Addendum 1/10

7. Date(s) Claim Arose

-12/30/21 at 2:03PM
-12/20/21 at 1:36PM
-12/10/21 at 1:30PM
-12/8/21 at 1:51PM
-11/24/21 at 9:08AM
-11/12/21 at 11:06AM (Caller ID showed all 1's)
-11/12/21 at 9:02AM
-11/2/21 at 10:51AM (hid their phone #)
-11/2/21 at 10:31AM
-10/21/21 at 10:33AM
-10/11/21 at 10:30AM
-10/6/21 at 1:47PM
-10/5/21 at 1:25PM
-10/4/21 at 12:47PM
-9/29/21 at 10:31AM
-9/20/21 at 3:07PM

RECEIVED
JAN 26 2022
14A-1 DISTRICT COURT
ANN ARBOR, MI

9. Reasons for Claim

I have no agreement with Allsup.
I have no existing business relationship with Allsup.
I have had this phone number for over 8 years.
I have never heard of Allsup or Allsup, LLC or Allsup Employment Services or Allsup National Social Security Disability Reps, which they are NOT. In fact, the SSA themselves warns against Allsup calling and trying to find out victims' personal information.
The legal organization they are imitating is called the Ticket To Work Program. They have no association with each other.
Allsup are typical phone scammers who randomly call victims to attempt to obtain their DOB, address, Social Security number, bank account information, etc.

From the Do Not Call List program for my phone number:
"You successfully registered your phone number ending in 0194 on August 29, 2019."

-Marketing Tactics Prohibited by the TCPA-
The TCPA prohibits businesses from using certain tactics to contact potential customers to advertise their goods and services. Some of the actions prohibited by the TCPA include:
-Placing robocalls (using an automated dialing machine and/or pre-recorded message) without consent.
-Sending unsolicited text messages without consent.
-Calling or texting people who never established a business relationship with the company.
-Not providing an option to opt out of the calls/texts.
-Calling numbers listed on the National Do Not Call Registry or on company-specific "do-not-call" lists; and

# Addendum 2/10

-Sending unsolicited advertisements to any fax machine — both businesses and residences — without the recipient's prior express invitation or permission (i.e., "junk faxes").

People who believe that their privacy has been infringed upon by a business that has violated the TCPA may be able to collect between $500 and $1,500 per violation of the TCPA by filing a TCPA lawsuit against the offending company.

I have absolutely NO business with Allsup, LLC. I am not an existing customer.
ALL their calls have been Robocalls, that is they are pre-recorded and not a LIVE person. They are calling my cellphone, which is an "Obama Phone," meaning my minutes and contract are paid for by the Federal Government. I am eligible for this because:
*I receive Medicare and Medicaid,
*I receive Food Stamps,
*I am far below Low Income,
*My only income is SSDI, and
*I am 100% Disabled.

Allsup, LLC has proceeded to called with Robocalls, and use up my limited monthly minutes, over a dozen times, and counting. I receive only 900 minutes per month. I have Blocked them and yet they still are able to leave Robocall, illegal, prerecorded messages every few days, now calling from several different numbers with the same fake message.

I am on the National Do Not Call List. I am not required to phone them and have them remove me from their legal, lying, pretending to be the SSA phone calls because they are coming from a point of an illegal operation to start with. They are not the SSA, they do not work for the SSA, the SSA is not having them call anyone.

Allsup is calling me from: 1-866-420-2879 in IL. Also, from Blocked and Hidden Numbers.
Allsup used illegal Robocalls to phone my cell phone, with an Obama Phone Federal plan, the following times:

-12/30/21 at 2:03PM
-12/20/21 at 1:36PM
-12/10/21 at 1:30PM
-12/8/21 at 1:51PM
-11/24/21 at 9:08AM
-11/12/21 at 11:06AM (Caller ID showed all 1's)
-11/12/21 at 9:02AM
-11/2/21 at 10:51AM (hid their phone #)
-11/2/21 at 10:31AM
-10/21/21 at 10:33AM
-10/11/21 at 10:30AM
-10/6/21 at 1:47PM

Addendum 3/10

-10/5/21 at 1:25PM
-10/4/21 at 12:47PM
-9/29/21 at 10:31AM
-9/20/21 at 3:07PM

and I suspect multiple more instances from a variety of other phone numbers, also calling with fake SSA go back to work assistance, also Robocalls.

Allsup calls from: 866-420-2879, 888-570-5970, 888-937-4047, 618-212-8401, 800-405-8339

Here is a transcript of Allsup lying and scamming Americans with Robocalls:
"Hi this is Melissa with also calling on behalf of Social Security regarding your disability benefits um Social Security asked us to reach out because we have been helping people with their disability benefits for over 30 years you are eligible for a program that allows you to earn as much money as you want while protecting your benefits you can give us a call at 888-570-5970 to take advantage of the ticket to work program and to opt out of any future call if you can dial 888-937-4047 and we look forward to speaking with you soon thank you and have a great day…"

Jennifer Leach the Acting Associate Director, Division of Consumer and Business Education, FTC published the following, based on the complaints about Allsup and similar scam companies:

"Earlier this month, we told you about a growing scam: people pretend to be from the Social Security Administration (SSA) and try to get your Social Security number or your money.
That scam is now growing exponentially. To compare: in 2017, we heard from 3,200 people about SSA imposter scams, and those people reported losing nearly $210,000. So far THIS year: more than 35,000 people have reported the scam, and they tell us they've lost $10 million.
Here's what one of those scam calls sound like:
{{{Audio can be heard here:
https://www.consumer.ftc.gov/sites/www.consumer.ftc.gov/files/audio/downloads/ssa_robocall.mp3}}}
Scammers are saying your Social Security number (SSN) has been suspended because of suspicious activity, or because it's been involved in a crime. Sometimes, the scammer wants you to confirm your SSN to reactivate it. Sometimes, he'll say your bank account is about to be seized – but he'll tell you what to do to keep it safe. (Often, that involves putting your money on gift cards and giving him the codes – which, of course, means that your money is gone.)
Oh, and your caller ID often shows the real SSA phone number (1-800-772-1213) when these scammers call – but they're faking that number. It's not the real SSA calling.
Here's what to know:
•□Your Social Security number is not about to be suspended. You don't have to verify your

# Addendum 4/10

number to anyone who calls out of the blue. And your bank accounts are not about to be seized.

•□SSA will never call to threaten your benefits or tell you to wire money, send cash, or put money on gift cards. Anyone who tells you to do those things is a scammer. Every time.

•□The real SSA number is 1-800-772-1213, but scammers are putting that number in the caller ID. If you're worried about what the caller says, hang up and call 1-800-772-1213 to speak to the real SSA. Even if the wait time is long, confirm with the real SSA before responding to one of these calls.

•□Never give any part of your Social Security number to anyone who contacts you. Or your bank account or credit card number.

If you get one of these calls, tell the FTC at ftc.gov/complaint."

BEWARE OF SSDC SERVICES OR ALLSUP FOR YOUR DISABILITY CLAIM A CONFLICT OF INTEREST

As written on:

https://www.800lawmich.com/beware-of-ssdc-services-or-allsup-for-your-disability-claim-a-conflict-of-in

Disabled beneficiary sues Allsup over alleged Social Security fraud

https://madisonrecord.com/stories/510639216-disabled-beneficiary-sues-allsup-over-alleged-social-securit

Highlights:

The lawsuit states that Cramer was granted benefits on or about Feb. 21, 2011. She claims received notice from Allsup on March 3 that she would be awarded retroactive benefits in the amount of $8,718.00, but then was informed by Aetna on March 8 that she had been allegedly overpaid in the amount of $8,805.18.

The suit states that Allsup, believing a creditor-debtor relationship existed between Aetna and the plaintiff, unlawfully withdrew funds from the plaintiff's bank account, claiming that it forwarded a portion to Aetna and keeping the rest.

Allsup Gets Sued For Breach Of Fiduciary Duty

https://socsecnews.blogspot.com/2015/09/allsup-gets-sued-for-breach-of.html

Highlights:

The Social Security Act forbids attachment of Social Security benefits for this reason. Allsup came up with a plan to get around this obstacle. They would use their representational relationship to cajole claimants into allowing their back benefits to be deposited into a bank account. In theory, it was a joint account but as a practical matter Allsup has complete control over the account. Allsup would quickly siphon off the money owed to the LTD insurer as soon as the deposit came in from Social Security. Allsup is so proud of this scheme that they patented the idea! Social Security has acquiesced in this dubious practice even though the Federal Deposit Insurance Company (FDIC) has found

Addendum 5/10

that a bank which participated in a similar scheme was engaging in an "unsafe and unsound bank practice." It's not hard to figure out why LTD insurers like Allsup far more than law firms. Law firms wouldn't engage in this sort of behavior. At least, I hope they wouldn't!

The BBB Allsup is rated a 2.19/5.0, yet on their own website they lie and state they have an A+, they have 40 complaints and 45 negative reviews as of this writing: https://www.bbb.org/us/il/belleville/profile/disability-insurance/allsup-llc-0734-310001536

Callcenter.com complaints:
https://www.callercenter.com/866-420-2879.html

ReportedCalls.com shows the FTC has received 140 complaints about Allsup violations and illegally calling them.
https://www.reportedcalls.com/8664202879

800Notes.com has a dozen complaints and 550 lookups for Allsup's same phone number calling me.
https://800notes.com/Phone.aspx/1-866-420-2879
https://800notes.com/Phone.aspx/1-866-420-2879/2

Should I Answer complaints:
https://www.shouldianswer.com/phone-number/8664202879

LimitingUnwantedCalls.com has received 114 complaints about this illegal phone number calling them.
866-420-2879 (114 Complaints Found!) - Limiting Unwanted Calls

Nomorobo has the actual recordings of Allsup's fake SSA calls to victims:
https://www.nomorobo.com/lookup/866-420-2879
"Hello, are you currently working or interested in going back to work? We can help you earn as much money as you want now and save your social Security Disability benefits until you need them. Social security hired us to help you returned to full time work. When you are ready. We also have specialized and s S the I assistance for over 35 years and are here to help you free of charge. Press 0 to speak to a return-to-work expert. Press 2 if you are not interested right now."

Everycaller.com has 32 recent complaints:
https://www.everycaller.com/phone-number/1-866-420-2879/
Here are some reviews of others on everycaller.com, with the exact same scam as I am receiving:
"This call is in the name of U.S. Social Security Administration. They portray themselves of a division who can raise the amount a recipient can make on the side.
This is NOT Social Security Administration... they will never cold call a person like this or

# Addendum 6/10

put out such an offer.
These criminal callers only want two things your personal identity and your financial information to steal and use.
This call is dangerous to the very elderly."
"These scammers are calling every week multiple times! They need to STOP already! Just trying to find a vulnerable disabled person to get both their social security and their personal identity.
This is so dangerous it it is a hot potato in scams."
"This is NOT the real U.D. Social Security Admin as real Soc. Sec. do NOT make calls! I am getting inundated with calls wanting to know if I want rides to work and "if" I'm disabled. They don't even know who they are calling!
It's a blatant attempt to steal ones Social Security number, personal and financial information.
Stop with tbe multiple calls a week already!"
"This is a transcription of the voicemail left for me. I hope this helps others identify these people and continue to report them. I've also gotten calls from various numbers leaving the same message and callback number. It's all going back to Allsup Employment Services. SSA has NOT contracted with this company to assist with filing for SSDI/SSI benefits. They're like the rest of the vultures; they buy numbers from companies and thieves specifically to harass and scam citizens. Most of these freaks aren't even located in the US nor do they speak English, properly or even decent. Blocking their numbers is like screaming at a deaf person—it does no good at all. They're just going to call you from another number hoping for an answer:
'Hey there this is Paula with _□_□_ _□_□_ I'm calling on behalf of Social Security regarding your disability benefits _□_□_□_ most people I'm sure you're interested in _□_□_□_□_□_□_ more income than your Social Security disability benefits provides we can help you earn more money today and save your benefits until you need them here at all so _ _□_□_□_□_□_□_ been helping people with their disability benefits for over 30 years and Social Security hired us to tell you about the ticket to work program which is a cost free benefit _□_□_□_ helps you earn as much money as you want starting right now please give us a call at 888-570-5970 so we can sign you up for the ticket to work program today _□_□_ _□_□_□_□_ your income if you don't need to if you don't want to take full advantage of your benefits you can cancel any future calls at 888-937-4047 I look forward to hearing from you soon so thanks and have a great day…'"
Caller: Robocall from Allsup Employment Services"

RoboKiller reports 16,960 calls from these illegal scammers and counting. They share the actual recordings of Allsup's fake SSA calls to victims:
https://lookup.robokiller.com/p/866-420-2879
"hello are you currently working or interested in going back to work we can help you earn as much money as you want now and save your Social Security Disability Benefits until you need them Social Security hired us to help you return to full-time work when you are ready we had have specialized in SSDI assistance for over 35 years and are here to help you free of charge press zero to speak to a return to work expert press two if you are not

Addendum 7/10

interested"
(The SSA absolutely did not hire Allsup!)

Complaints under the reviews on RoboKiller include:
“Keep calling to tell me how to earn more money on SS without losing benefits. Told to stop calling several times. Also reported them on do not call registry. They keep calling.”
“Another typical fishing scam. They're trying to get your SSI or SSDI information by saying if you go through them, they can help you get a job and make as much money as you want while collecting Social Security or disability benefits.”
“SCAM! "Return to Work" Caller does NOT work for Social Security. Report all calls to Social Security Administration Office of Inspector General:
https://secure.ssa.gov/ipff/home”
“says they were hired by Social Security in case I wanted to go back to work” (NOTE: They absolutely were NOT hired by the SSA for anything, the SSA warns against them and this number specifically).

Youmail has dozens of complaints listed as "Disability Benefits Scam" at:
https://directory.youmail.com/directory/phone/8664202879
with many examples of their lies:
"Hello, this is Sarah social security disability benefits provide limited income. We can help you earn more money and save your benefits until you need them. Social security hired us to help you with the ticket to work program that has these great new benefits. We are all set, and I've helped people with their disability benefits for over 30 years. Please call us at 888-570-5970. So, we can sign you up for the ticket to work program. Today? Do not limit your income when you don't need to if you don't want to receive future calls from also the employment Services regarding the ticket to work program. Please call 888-937-4047. Thank you."
w
"That oftentimes, we income provided by your disability benefits Joseph isn't enough to meet all of your expenses. We can help you to earn more money today. While protecting your benefits. So, security access to speak with you about those curious ticket to work program. This call is for your benefit helps you to earn as much money as you want starting immediately, please give us a call at 888-570-5970. So that we can help you to get started stopped out of any future calls, please dial 888-937-4047. We look forward to speaking with your thanks and have a good day."

“Hi, this is Sarah with also we have helped people with their social security disability benefits for more than 30 years, social security hired us to contact you to make you aware of the ticket to work program. The ticket program allows you to earn as much money. As you want right now if you're able and save your benefits until you need them, yes you heard that right you can earn as much money. As you want now and save your benefits until you need them. Please call us at 888-570-5970. So, we can sign you up for the exciting ticket to work program. Right away do not limit your income for another minute. If you do not want to receive future calls, please notify us via text at 618-212-8401 or by

# Addendum 8/10

phone at 888-937-4047 leave your name and phone number clearly and you will be removed from future contacts."

"Hi this is Brad with All. I'm calling on behalf of Social Security regarding your disability benefit. Social Security hired us to contact you. We've been helping people with disability benefits for over 30 years now. Wanted to let you know that you're eligible for work benefit that will allow you to earn as much money as you want walk(?) leaving your benefits until you need them well(?) in your income and you really don't need to you can give us a call at 888-570-5970. You can take advantage of the ticket to work program. If you don't wanna take full advantage of your benefits you can cancel any future call at 888-937-4047. Look forward to hearing from you soon. Thanks, and have a great day."

"Hi this is Aaron with All subs calling on behalf of Social Security regarding your disability benefits. I think with people every day. We're cautious of full-time work because they don't want to lose their social security disability benefits. If you're one of those people that we can help you find a full-time employment and still save your benefits for when you need done here and also, we've been helping people with their disability benefits for over 30 years. Social Security hired us to guide you through the ticket to work program. This cost-free benefit is a work program can help you earn as much as you want starting right now. Give us a call at 888-570-5970 to take advantage of this ticket to work program today. If you don't want to take full advantage of your benefits. You can cancel at any future calls at 888-937-4047. I look forward to hearing from you soon. Thanks. Have a good day."

"Hello, are you working or would like to work. So, you can win social security's jackpot a free new disability work benefits call also the employment Services now to cash in on the ticket to work program 888-570-5970 call 888-937-4047 to opt out of future calls."

"We had all set of specialized in S S T I assistance for over 35 years and are here to help you free of charge press zero to speak to a return-to-work expert press two. If you are not interested right now."

The aforementioned has over 20 recordings by these crooks, they are the same as what I am receiving, lying Robocalls:
https://directory.youmail.com/directory/phone/8664202879

Callcenter.com complaints:
https://www.callercenter.com/866-420-2879.html#owner-info

BEWARE OF SSDC SERVICES OR ALLSUP FOR YOUR DISABILITY CLAIM A CONFLICT OF INTEREST:
https://www.800lawmich.com/beware-of-ssdc-services-or-allsup-for-your-disability-claim-a-conflict-of-in

# Addendum 9/10

Lawsuits v. Allsup, LLC that they have already been a party to:

STIVER v. ALLSUP INC.
https://caselaw.findlaw.com/ne-supreme-court/1234613.html (1998)

Washington v. Bellsouth, Kemper, Allsup, Inc.
Case# 2:01-cv-03466-JCZ

Griffin et al v. American Fidelity Assurance Company et al (Allsup)
Case# 5:09-cv-01212-R (2010)

Whittaker v. Aetna Life Insurance Company et al (Allsup)
Case# 2:13-ap-02335 (2013)

Blough v. Cooperative Benefit Administrators Inc et al (Allsup)
Case# 5:13-cv-00191-D (2014)

Mairs v. Allsup, LLC et al
Case# 3:19-cv-01086-SPM (2021)

BRUNO et al v. AETNA INC. et al (Allsup)
Case# 2:18-cv-03797-PBT (2019)

William Harris v. Allsup, et al
https://www.govinfo.gov/content/pkg/USCOURTS-ohnd-3_09-cv-00613/pdf/USCOURTS-ohnd-3_09-cv-
(2010)

Bentz v. Allsup, Inc.
https://casetext.com/case/bentz-v-allsup-1 (2020)

Gary L. STIVER, appellant, v. ALLSUP, INC.
https://caselaw.findlaw.com/ne-supreme-court/1234613.html (1998)

UnitedHealth Group v. Allsup, Inc.
Case# 3:04-cv-01626-JCH (2005)

Lorbert v. Allsup, Inc.
Case# 3:95-cv-00256-PER

Schaub v. Allsup, Inc.
Case# 3:18-cv-01494-NJR-MAB (2019)

RECEIVED
JAN 25 2022
14A-1 DISTRICT COURT
ANN ARBOR, MI

# Addendum 10/10

Cramer v. Allsup, Inc.
https://www.pacermonitor.com/public/case/9237089/Cramer_v_Allsup_Inc_et_al (2016)

Dickerson v. Continental Casualty, et al (Allsup)
Case# 4:93-cv-00343-WMA (1993)

Crawford v. Aetna Life Insurance, et al (Allsup)
Case# 5:06-cv-00005-WRF (2006)

and there are dozens more.
Yet these scammers are allowed to stay in business in locations like IL, and continue to call, harass, and attempt to victimize pretty much anyone.
They state that they operate in association with: LTD, SSDI, SSI, the IRS, the VA, the SSA.
Except Allsup does not have a contract to act in the capacity that they are claiming. They do not have a contract to work with any of these government agencies, in fact, they warn against all communications with companies like Allsup.

I receive SSDI. I have told these people to STOP calling me.
Like all the other complaints I have mentioned, they ignore me and continue their calls.
This harassment has now gone on for over 4 months, on a phone with a plan paid for by the Federal Government.

I have no business with Allsup, LLC.
I have never heard of Allsup until they began calling me, from a few different phone numbers. All are illegal Robocalls.
I am on and have been on the National Do Not Call Registry since it opened and began.

RECEIVED

JAN 25 2022

14A-1 DISTRICT COURT
ANN ARBOR, MI

## ADDITIONAL NOTICE AND INSTRUCTIONS

**TO BOTH THE PLAINTIFF AND THE DEFENDANT:**

- You must bring to the hearing all witnesses, books, papers, and other physical evidence needed to prove or disprove this claim.
- Before the trial (hearing) starts, you have the right to
  1. **remove the case to the general civil division of the district court,** or
  2. have the case heard by a district court judge (if the hearing is scheduled before an attorney magistrate). If the case is heard by an attorney magistrate, you may appeal to the district judge within 7 days after the trial.
- If the case is tried in the small claims division, you give up the right to an attorney, to a jury trial, and to appeal the judge's decision.

If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

**TO THE DEFENDANT:**

- The affidavit and claim you have just received means you are being sued in the small claims division of the district court.
- The court is being asked to decide a matter that the plaintiff says is your obligation and responsibility.
- If you wish to deny this claim or arrange terms of payment, you must make your request by appearing at the date, time, and place stated in the notice of hearing on the front of this form.
- If you do not appear at the date, time, and place stated, a default judgment may be entered against you for the amount stated in item 8, including the costs of this action.
- If the dispute is settled before or at the hearing, you may have to pay the plaintiff's costs.
- In case a judgment is entered against you at the hearing, you should be prepared to pay the amount stated in item 8, including the costs of this action, or to make arrangements for installment payments.

RECEIVED
JAN 2 6 2022
14A-1 DISTRICT COURT
ANN ARBOR, MI

# 14A District Court Small Claims Mediation Program

## Program Description

**Your case has been ordered to mediation by Zoom on an agreed upon date scheduled with The Dispute Resolution Center pursuant to 14A District Court Policy.** Mediation is an effective method of resolving disputes that provides parties with the opportunity to reach mutually satisfactory agreements in a non-adversarial manner.

*****PLEASE READ THESE INSTRUCTIONS CAREFULLY*****

You will need to provide the court with contact information so that the hearing can be scheduled and conducted on Zoom. Please fill out the enclosed contact form and submit to the court via email at 14A1DistrictCourt@washtenaw.org or go to www.14ADistrictcourt.org to submit online. When emailing, please include your case number located in the top right-hand corner of your filing.

**Upon service of the affidavit a representative from the DRC will contact you at the email address or phone number you have given the court to determine a mutually agreeable date and time to conduct a virtual Zoom hearing.** Once the date is scheduled, you will receive an email confirmation with information on how to access the hearing. ****If you do not hear from the DRC within 2 weeks from the date of service, you must contact them at (734)794-2125 or email** thedrc@washtenaw.org Please include your case number, phone number, and email address.

**ZOOM INFORMATION FOR MEDIATION**

1. If using Apple/Android Tablet or Phone - you must download the Zoom App first
2. If using Windows Desktop PC or Laptop - you must go to Zoom website (zoom.us)
3. Please test your device and networking prior to the proceeding by following directions at: https://support.zoom.us/hc/en-us/articles/201362313-How-Do-I-Test-My-Video-
4. Please review all information below prior to the proceeding.

Connecting to the Virtual Mediation at scheduled date/time:
- Windows Desktop PCs and Laptops: Go to the Zoom Web Site (zoom.us) Click on "Join a Call" Join using Meeting ID provided for you in the confirmation email.
- Apple and Android Tablets or Phones: Install the Zoom App from the Apple or Android Store prior to the call. Launch the Zoom app at the time of the call and join using Meeting ID provided for you in the confirmation email.

Technical Responsibilities:
- The court or DRC do not provide technical assistance for testing or troubleshooting. Additionally, the court or DRC do not provide time during your virtual mediation to troubleshoot issues.
- Remote Participants should take time prior to the call to become familiar with the Zoom controls and test your devices mic and speaker controls.
- If you are having technical issues with your equipment you should review Zoom training and support materials at Zoom.us.
- Remote participants should use a good LAN, Wi-Fi, or substantial LTE connection to ensure a quality call. (Note: Mobile data use may incur cellular carrier charges which are the responsibility of the party.)

Zoom Etiquette
- Appropriate conduct and attire are required.
- Remote Participants must use a private and quiet room that will be free of interruptions. Also, video meetings need good, consistent lighting so avoid rooms with bright windows and/or back-lighting.
- Remote Participants must place their mobile devices on a solid surface with the camera at eye level. Do not hold mobile devices in your hand and do not lay phones or tablets flat on a desk or tabletop!
- The mediator has the right to terminate the call/proceeding if the video experience is not acceptable.
- The mediator has control over the proceeding and participants as if they were person.

PLEASE SEE REVERSE SIDE FOR MORE INFORMATION

4133 Washtenaw Ave
Ann Arbor, Michigan 48108
734-973-4580

# 14A-1 District Court

**IMPORTANT INFORMATION**

As 14A District Court continues to evolve our processes in response to the COVID-19 pandemic, many of the court functions will be different. The court will be conducting your next scheduled proceeding by video with ZOOM.

**Please submit your contact information to the court online at www.14Adistrictcourt.org. Be sure to include your case number on all email correspondence. Your case number is in the top right hand corner of your notice to appear.**

**You must submit the contact information form for your case to proceed.**

After you submit the contact form, you will be given a date and time to attend the virtual court proceeding, and information on how to participate in that proceeding.

You may participate by ZOOM meeting with the following devices:
Desktop or Laptop (Must be equipped with a Microphone and Camera)
Tablet
Smartphone
It is preferred that your device have a camera as you'll appear via video conference.

For a Smartphone or tablet, you will need to download the free "ZOOM" app
For desktops/Laptops, go to zoom.us and click on "Join a Meeting" and enter the meeting ID and password when prompted to connect. You will also need to activate the video and audio to ON for your device

Please contact the Magistrate Office directly at 734-973-4580 or wardp@washtenaw.org if you have any questions.

Sincerely

Magistrate Elisha Fink
14A District Court Magistrate
4133 Washtenaw Ave, Ann Arbor, MI 48108

PLEASE FILL OUT FORM AND RETURN IT TO THE COURT **PRIOR** TO YOUR HEARING

JIS Code: CIF

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>COUNTY | CONTACT INFORMATION<br>☐ AMENDED | CASE NO. and JUDGE |
|---|---|---|

Court address

Court telephone no.

**This form is confidential and not to be served on other parties in this case. Any contact information below that has already been provided or is provided in the future in a public court filing or through the MiFILE system will not be made confidential by this document.**

Please provide the following contact information:

1. Your name: ______________________________
   First, middle, and last name

2. ☐ a. Telephone number where the court can contact me: ______________________
   This telephone: ☐ can ☐ cannot receive text messages from the court.
   ☐ can ☐ cannot receive voice messages from the court.

   ☐ b. I do not have a telephone number where the court can contact me.

3. ☐ a. E-mail address where I can receive e-mails: ______________________

   ☐ b. I do not have an e-mail address where I can receive e-mails from the court.

**PLEASE READ AND UNDERSTAND THE FOLLOWING:**
Upon signing this form, you are consenting to text, e-mail, and/or phone notifications on your court case. If the case is NON-PUBLIC, it is NOT ELIGIBLE for text or phone notifications.

By signing this form, I authorize the 14A District Court (Name of court) court to notify me of upcoming events in this case.

I understand, based on the options chosen above that I will receive text, e-mail, and/or voice notifications to the phone number or e-mail address listed on this form. I also understand that the 14A District Court (Name of court) court is not responsible for any additional fees or charges due to my phone carrier data rates.

In the event that my e-mail, or cell or land line phone number changes, I will notify the court to update their records, and if I fail to do so it will result in the termination of this service from the court.

Privacy Disclaimer: Your contact information is necessary to assist the court in providing important information in a timely manner. Your information will not be sold, distributed, or shared with any other entity. You can OPT-OUT of the system at any time. Simply reply OPTOUT to any received message.

______________________ Date

______________________ Signature